FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2011 AUG 11  AM 9:17

CLERK _____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| **Teri Lynn Hinkle**     )<br>**Plaintiff**          )<br>                        )<br>                        )  **Case No CV 311-057**<br>vs                      )<br>                        )<br>**AFNI INC**             )  **Judge: Dudley H. Bowen Jr.**<br>                        )<br>                        )<br>                        ) | |

### PLAINTIFF'S MEMORANDUM IN
### SUPPORT OF MOTION FOR VOLUNTARY DISMISSAL

Plaintiff asks the court to dismiss her suit against Defendant, as authorized by Federal Rule of Civil Procedure 41(a)(2).

### A. INTRODUCTION

1. Plaintiff is Teri Lynn Hinkle; defendant is AFNI INC. On June 16, 2011 plaintiff sued defendant for violation of the FCRA

2. Plaintiff asks the court to dismiss her suit because after consideration of the magistrate's recommendations Plaintiff finds that it is in the best interest of all parties, including the court, for her to proceed more slowly in her litigation and better define the causes of action that are presented to the court in her pursuit of justice.

### B. ARGUMENT

3. The court may grant a motion for voluntary dismissal if the dismissal will not unfairly prejudice the non-movant. Fed. R. Civ. P. 41(a)(2); *Elbaor v. Tripath Imaging, Inc.*, 279 F.3d 314, 317 (5th Cir. 2002).

4. Plaintiff seeks a dismissal because the magistrate's recommendations bring into question the wisdom of Plaintiff filing multiple lawsuits at the same time and Plaintiff chooses to pursue limited litigation so as to be diligent in her efforts before the court.

5. Plaintiff requests that the dismissal be without prejudice to re-filing the suit because Plaintiff will re-file in the future to show the court there is sufficient grounds to file a claim upon which relief can be granted in her complaint.

6. Plaintiff fully believes she has a legitimate cause of action against the Defendant and will better state and present her cause of action in future pleadings before this court when appropriate.

7. Defendant will not be prejudiced by the dismissal. *Elbaor*, 279 F.3d at 317. The dismissal will not deny defendant any defense to which it is entitled, *Ikospentakis v. Thalassic S.S. Agency, 915 F.2d 176, 177 (5th Cir. 1990).*}

8. Defendant has not been served or filed a counterclaim.

## C. CONCLUSION

9. Plaintiff's motion to dismiss when granted will enable Plaintiff to re-file her complaint at such time in the future as is appropriate in order to not waste the court's resources and to comply with the recommendations of the magistrate in this matter as to a statement of claim upon which relief can be granted. For these reasons, plaintiff asks the court to dismiss the suit without prejudice.


Respectfully Submitted,

*/s/ Teri Lynn Hinkle*

Teri Lynn Hinkle

322 Bethel Street

Eastman, Georgia 31023

(478)-374-4132

## CERTIFICATE OF SERVICE

This is to certify that I have mailed copies of the above document by first class mail USPS to all parties listed below.

Dated: August 8, 2011

*[signature]*

Teri Lynn Hinkle
322 Bethel Street
Eastman, Georgia 31023

AFNI INC.
404 Brock Drive
PO Box 3517
Bloomington, IL 61702-3517

**For Domestic and International Use**

UNITED STATES POSTAL SERVICE

EXTREMELY URGENT — Please Rush To Addressee



EASTMAN, GH 31023
AUG 10 '11
AMOUNT
$13.25
00026722-03

When used internationally affix customs declarations (PS Form 2976, or 2976A).

Visit us at usps.com



EG904094073US

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code | Day of Delivery [ ] Next [ ] 2nd [ ] 2nd Del. Day | Postage $
Date Accepted | Scheduled Date of Delivery Month Day | Return Receipt Fee $
Mo. Day Year | Scheduled Time of Delivery [ ] Noon [ ] 3 PM | COD Fee $ | Insurance Fee $
Time Accepted [ ] AM [ ] PM | Military [ ] 2nd Day [ ] 3rd Day | Total Postage & Fees $
Flat Rate [ ] or Weight lbs. ozs. | Int'l Alpha Country Code | Acceptance Emp. Initials

FROM: (PLEASE PRINT) PHONE ( )

Tara Lynn Murphy
[address]
[city, OH]

EXPRESS MAIL — UNITED STATES POSTAL SERVICE
Addressee Copy — Label 11-B, March 2004
**Post Office To Addressee**

DELIVERY (POSTAL USE ONLY)
Delivery Attempt Mo. __ Day __ | Time 0336 [✓] AM [ ] PM | Employee Signature
Delivery Attempt Mo. __ Day __ | Time [ ] AM [ ] PM | Employee Signature
Delivery Date Mo. __ Day __ | Time [ ] AM [ ] PM | Employee Signature

CUSTOMER USE ONLY
WAIVER OF SIGNATURE (Domestic Mail Only)
[ ] Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY [ ] Weekend [ ] Holiday    Mailer Signature

TO: (PLEASE PRINT) PHONE ( )

Clerk US District Court
Post Office Box 1130
Augusta GA 30903

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)
+ [ ][ ][ ][ ]

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

FOR PICKUP OR TRACKING Visit www.usps.com — EMS


Please Recycle